# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEMETRI ALEXANDER,<br><br>    Plaintiff,<br><br>vs.<br><br>DWAYNE DEAL, *et al.*,<br><br>    Defendants. | Case No. 3:15-cv-00209-RCJ-WGC<br><br>**ORDER** |

On November 13, 2015, the Court issued a Screening Order (ECF No. 4) dismissing Plaintiff's complaint because it was not properly before the Court under 42 U.S.C. § 1983. The Court did not grant Plaintiff leave to amend. On November 19, 2015, Plaintiff filed a Motion for Status Check. (ECF No. 6). This case has been dismissed; accordingly the Court hereby DENIES Plaintiff's motion as moot.

Dated: This 4th day of December, 2015.

_____
United States District Court